# EXHIBIT "A"

(State Court Documents to Date)

to

## **<u>NOTICE OF REMOVAL</u>**

*Ontario Lamar Staley v. Sheriff Kristin R. Graziano and Wellpath*

C/A No. _____

[State Court C/A No. 2021-CP-10-04656]

STATE OF SOUTH CAROLINA,

COUNTY OF _Charleston_

_Ontario Lamon Staley_
                              Plaintiff

vs.

_Sheriff Kristin R. Graziano_
_Well Path_                  Defendant.

IN THE COURT OF COMMON PLEAS

_9th_ JUDICIAL CIRCUIT

**MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS**

FILE NO. _2021-CP-10-4656_

I, _Ontario Lamon Staley_ being duly sworn, state that I am the Plaintiff and that I do not have the funds available to pay the costs of filing and service in the present matter. I hereby request that the complaint be filed and service made without costs.

Sworn to and Subscribed before me
this _4th_ day of _October_, 2 _021_

_____
Notary Public for South Carolina
_Pamela Veurink_
My Commission expires _8/24/31_

_____
Signature of Plaintiff or
Person Filing Complaint on Behalf of
Plaintiff

## ORDER

☑ Leave is *granted* to proceed in **forma pauperis** without payment of the filing fee.

☐ Leave is granted to proceed in **forma pauperis** without payment of the service cost.

☐ Leave is *denied* to proceed in **forma pauperis**.

Dated: _10/14_, 2 _021_

_____, South Carolina

_____
JUDGE/CLERK OF COURT

**NOTICE TO PLAINTIFF:** The Court may assess costs against either party at hearing.

SCCA 405CP (10/10)

IN THE COURT OF COMMON PLEAS

COUNTY OF ~~_____~~ *Charleston*

_Ontario Leaman Staley_
                                    Plaintiff )

-vs-

_Sheriff Kristin R. Graziano_
_Well Path_                         Defendant )

FINANCIAL DECLARATION
IN SUPPORT OF
IN FORMA PAUPERIS REQUEST

OF _____

Case # _2021-CP-10-4456_

**GROSS MONTHLY INCOME FROM:**

Salary and wages (including commissions, bonuses and overtime) $ _0_
Pensions and Retirement ............................................. $ _0_
Social Security.......................................................... $ _0_
Disability and Unemployment Insurance.......................... $ _0_
Public Assistance (AFDC payments, etc.).......................... $ _0_
Child/Spousal support (prior marriage, etc.) ................... $ _0_
Dividends and Interest................................................ $ _0_
Rents....................................................................... $ _0_
All other sources (specify)_____ $ _0_
_____ $ ____
_____ $ ____

**TOTAL MONTHLY INCOME**.................. $ _0_

**ITEMIZE DEDUCTIONS FROM GROSS INCOME:**

Income Taxes (State and Federal)................................. $ _0_
Social Security.......................................................... $ _0_
Disability Insurance................................................... $ _0_
Medical or other insurance .......................................... $ _0_
Union or other dues.................................................... $ _0_
Retirement or Pension Fund ........................................ $ _0_
Savings plan ............................................................. $ _0_
Other (specify) _____ $ _0_
_____ $ ____
_____ $ ____

**TOTAL DEDUCTIONS**........................... $ _0_

**NET MONTHLY INCOME**.......................................... $ _0_

Rent (residence) ............................................................. $ _750 00_

Note or mortgage payments (residence) ................................ $ _N/A_

Real property taxes (residence) ......................................... $ _N/A_

Real property insurance (residence) ................................... $ _N/A_

Maintenance (residence) ................................................. $ _75 00_

Food and household supplies ............................................ $ _350 00_

Utilities ....................................................................... $ _325 00_

Telephone .................................................................... $ _80 00_

Laundry and cleaning ..................................................... $ _200 00_

Clothing ....................................................................... $ _125 00_

Medical ........................................................................ $ _N/A_

Dental ......................................................................... $ _N/A_

Insurance (Life, Health, Accident, etc.) ............................. $ _N/A_

Child Care .................................................................... $ _N/A_

Payment of child/spousal support (prior marriage, etc.) ......... $ _200 00_

School ......................................................................... $ _N/A_

Entertainment ............................................................... $ _50 00_

Incidentals ................................................................... $ _25 00_

Auto expenses (Insurance, gas, oil, etc.) ............................ $ _300 00_

Auto payments .............................................................. $ _N/A_

Other installment payment(s) (insert total here and itemize below) .. $ _N/A_

| Creditors Name | For | Monthly Pmt | Balance |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Other (specify) _____  $ _____

_____  $ _____

_____  $ _____

**TOTAL EXPENSES** ......................... $ _2480_

Other debts and obligations **NOT** payable in monthly installments:

| Creditors Name | For | Date Payable | Balance |
|---|---|---|---|
| Title Loan | Loan | In Collections | $ 801. 00 |
| | | | $ |
| | | | $ |
| | | | $ |

**ALL PROPERTY I OWN**

Cash on hand ........................................................................ $ _0_

Money in checking accounts ................................................ $ _0_

Money in saving accounts .................................................... $ _Not Sure_

Money in credit union ......................................................... $ _0_

Money in any other accounts or deposits ......................... $ _0_

Retirement or pension fund ............................................... $ _0_

Life Insurance cash value ................................................... $ _0_

Value of any stocks and/or bonds...................................... $ _0_

Value of real property ......................................................... $ _0_

Value of all other property ................................................. $ _0_

**TOTAL PROPERTY** ............................ $ _0_

_[signature]_
Signature

_10/4/21_
Date

Subscribed and sworn before me this
_4th_ Day of _October_ , 20 _21_ .

_[signature]_ Pamela Veurink
Notary Public for South Carolina
My commission expires: _8/24/31_

STATE OF SOUTH CAROLINA,

COUNTY OF _Charleston_

_Onturio Lamon Staley_
                                    Plaintiff

vs.

_Sheriff Kristin R. Graziano_
_Well Path_                     Defendant.

IN THE COURT OF COMMON PLEAS

_9th_ JUDICIAL CIRCUIT

**MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS**

FILE NO. _2021-CP-10-4656_

I, _Onturio Lamon Staley_ being duly sworn, state that I am the Plaintiff and that I do not have the funds available to pay the costs of filing and service in the present matter. I hereby request that the complaint be filed and service made without costs.

Sworn to and Subscribed before me
this _4th_ day of _October_ , 2 _021_

_____
Notary Public for South Carolina
_Pamela Veurink_
My Commission expires _8/24/31_

_____
Signature of Plaintiff or
Person Filing Complaint on Behalf of
Plaintiff

## ORDER

☑ Leave is *granted* to proceed in forma pauperis without payment of the filing fee.

☐ Leave is granted to proceed in forma pauperis without payment of the service cost.

☐ Leave is *denied* to proceed in forma pauperis.

Dated: _____ _10/14_ , 2 _021_
_____ , South Carolina

_____
JUDGE/CLERK OF COURT

**NOTICE TO PLAINTIFF:**   The Court may assess costs against either party at hearing.

SCCA 405CP (10/10)

COUNTY OF _Charleston_ )
) IN THE COURT OF COMMON PLEAS

_Ontario Leman Staley_ )
**Plaintiff** )
)
-vs- )
)
)
_Sheriff Kristin R. Graziano_ )
_Well Path_ **Defendant** )

FINANCIAL DECLARATION
IN SUPPORT OF
IN FORMA PAUPERIS REQUEST

OF _____

Case # _2021-CP-10-4456_

**GROSS MONTHLY INCOME FROM:**

Salary and wages (including commissions, bonuses and overtime) $ _0_
Pensions and Retirement .................................................. $ _0_
Social Security.............................................................. $ _0_
Disability and Unemployment Insurance............................ $ _0_
Public Assistance (AFDC payments, etc.).......................... $ _0_
Child/Spousal support (prior marriage, etc.) ..................... $ _0_
Dividends and Interest................................................... $ _0_
Rents......................................................................... $ _0_
All other sources (specify)_____ $ _0_
_____ $ ____
_____ $ ____

**TOTAL MONTHLY INCOME**.................$ _0_

**ITEMIZE DEDUCTIONS FROM GROSS INCOME:**

Income Taxes (State and Federal)................................. $ _0_
Social Security......................................................... $ _0_
Disability Insurance.................................................. $ _0_
Medical or other insurance ......................................... $ _0_
Union or other dues.................................................. $ _0_
Retirement or Pension Fund ....................................... $ _0_
Savings plan ........................................................... $ _0_
Other (specify) _____ $ _0_
_____ $ ____
_____ $ ____

**TOTAL DEDUCTIONS**..........................$ _0_

**NET MONTHLY INCOME**....................................................$ _0_

Rent (residence) ................................................................$ _750 00_

Note or mortgage payments (residence) .............................$ _N/A_

Real property taxes (residence)..........................................$ _N/A_

Real property insurance (residence) ...................................$ _N/A_

Maintenance (residence) .....................................................$ _75 00_

Food and household supplies................................................$ _350 00_

Utilities................................................................................$ _325 00_

Telephone ...........................................................................$ _80 00_

Laundry and cleaning ..........................................................$ _200 00_

Clothing................................................................................$ _125 00_

Medical.................................................................................$ _N/A_

Dental ..................................................................................$ _N/A_

Insurance (Life, Health, Accident, etc.) ...............................$ _N/A_

Child Care ............................................................................$ _N/A_

Payment of child/spousal support (prior marriage, etc.) .......$ _200 00_

School ..................................................................................$ _N/A_

Entertainment ......................................................................$ _50 00_

Incidentals............................................................................$ _25 00_

Auto expenses (Insurance, gas, oil, etc.) ...........................$ _300 00_

Auto payments .....................................................................$ _N/A_

Other installment payment(s) (insert total here and itemize below) ..$ _N/A_

| Creditors Name | For | Monthly Pmt | Balance |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Other (specify) _____ $ _____

_____ $ _____

_____ $ _____

**TOTAL EXPENSES** ...........................$ _2480_

Other debts and obligations **NOT** payable in monthly installments:

| Creditors Name | For | Date Payable | Balance |
|---|---|---|---|
| Title Loan | Loan | In Collections | $ 801.00 |
| | | | $ |
| | | | $ |
| | | | $ |

## ALL PROPERTY I OWN

Cash on hand ................................................................ $ 0

Money in checking accounts ........................................ $ 0

Money in saving accounts ............................................ $ Not Sure

Money in credit union ................................................. $ 0

Money in any other accounts or deposits ..................... $ 0

Retirement or pension fund ......................................... $ 0

Life Insurance cash value ............................................ $ 0

Value of any stocks and/or bonds ................................ $ 0

Value of real property ................................................. $ 0

Value of all other property ........................................... $ 0

**TOTAL PROPERTY** ............................. $ 0

_____
Signature

10/4/21
_____
Date

Subscribed and sworn before me this
4th Day of October , 20 21 .

Pamela Veurink
Notary Public for South Carolina

My commission expires: 8/24/31

STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS
COUNTY OF __CHARLESTON__ )
)
__Ontario Lamar Staley__ )
Plaintiff(s) ) **CIVIL ACTION COVERSHEET**
)
) 2021 -CP- 10 - 4454
vs. )
)
__Sheriff Kristin R. Graziano, WellPath__ )
Defendant(s) )

Submitted By: __Ontario Lamar Staley__    SC Bar #:
Address: __3841 Leeds Ave__              Telephone #:
__N. Charleston, SC 29405__              Fax #:
                                         Other:
                                         E-mail:

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

## DOCKETING INFORMATION *(Check all that apply)*
*\*If Action is Judgment/Settlement do not complete*

☒ **JURY TRIAL** demanded in complaint.    ☐ **NON-JURY TRIAL** demanded in complaint.
☒ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☒ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Proof of ADR/Exemption Attached)

## NATURE OF ACTION *(Check One Box Below)*

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| ☐ Constructions (100) | ☐ Dental Malpractice (200) | ☐ Conversion (310) | ☐ Claim & Delivery (400) |
| ☐ Debt Collection (110) | ☐ Legal Malpractice (210) | ☐ Motor Vehicle Accident (320) | ☐ Condemnation (410) |
| ☐ General (130) | ☐ Medical Malpractice (220) | ☐ Premises Liability (330) | ☐ Foreclosure (420) |
| ☐ Breach of Contract (140) | Previous Notice of Intent Case # | ☐ Products Liability (340) | ☐ Mechanic's Lien (430) |
| ☐ Fraud/Bad Faith (150) | 20____-NI-____-_____ | ☒ Personal Injury (350) | ☐ Partition (440) |
| ☐ Failure to Deliver/ | ☐ Notice/ File Med Mal (230) | ☐ Wrongful Death (360) | ☐ Possession (450) |
| Warranty (160) | ☐ Other (299) _____ | ☐ Assault/Battery (370) | ☐ Building Code Violation (460) |
| ☐ Employment Discrim (170) | | ☐ Slander/Libel (380) | ☐ Other (499) _____ |
| ☐ Employment (180) | | ☐ Other (399) _____ | |
| ☐ Other (199) _____ | | | |

| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
|---|---|---|---|
| ☐ PCR (500) | ☐ Reinstate Drv. License (800) | ☐ Death Settlement (700) | ☐ Arbitration (900) |
| ☐ Mandamus (520) | ☐ Judicial Review (810) | ☐ Foreign Judgment (710) | ☐ Magistrate-Civil (910) |
| ☐ Habeas Corpus (530) | ☐ Relief (820) | ☐ Magistrate's Judgment (720) | ☐ Magistrate-Criminal (920) |
| ☐ Other (599) | ☐ Permanent Injunction (830) | ☐ Minor Settlement (730) | ☐ Municipal (930) |
| _____ | ☐ Forfeiture-Petition (840) | ☐ Transcript Judgment (740) | ☐ Probate Court (940) |
| | ☐ Forfeiture—Consent Order (850) | ☐ Lis Pendens (750) | ☐ SCDOT (950) |
| | ☐ Other (899) _____ | ☐ Transfer of Structured | ☐ Worker's Comp (960) |
| | | Settlement Payment Rights | ☐ Zoning Board (970) |
| | | Application (760) | ☐ Public Service Comm. (990) |
| | | ☐ Confession of Judgment (770) | ☐ Employment Security Comm (991) |

| Special/Complex /Other | | | |
|---|---|---|---|
| ☐ Environmental (600) | ☐ Pharmaceuticals (630) | ☐ Petition for Workers | ☐ Other (999) |
| ☐ Automobile Arb. (610) | ☐ Unfair Trade Practices (640) | Compensation Settlement | _____ |
| ☐ Medical (620) | ☐ Out-of-State Depositions (650) | Approval (780) | |
| ☐ Other (699) _____ | ☐ Motion to Quash Subpoena in | ☐ Other (799) _____ | |
| ☐ Sexual Predator (510) | an Out-of-County Action (660) | | |
| ☐ Permanent Restraining Order (680) | ☐ Pre-Suit Discovery (670) | | |

Date: _____

**Submitting Party Signature:** _[signature]_

**Note:** Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

SCCA / 234 (03/2016)                                    Page 1 of 2

STATE OF SOUTH CAROLINA, )

COUNTY OF *Charleston* )

)

*Ontario Loman Staley* Plaintiff, )

)

vs. )

)

*Sheriff Kristin R. Graziano* Defendant. )
*Well Path*

IN THE COURT OF COMMON PLEAS

SUMMONS

FILE NO. 2021-CP-10-4656

2021 OCT 14    PM

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

, South Carolina

_____
Plaintiff/Attorney for Plaintiff

Dated:

Address: *3841 Leeds Ave.*
*No Charleston, SC. 29405*

SCCA 401 (5/02)

STATE OF SOUTH CAROLINA                    Court of Common Pleas
COUNTY OF CHARLESTON

                                           9th Judicial Circuit

Ontario Lamar Staley                       Case # 2021-CP-10-4656
        plaintiff

        V.
Sheriff Kristin R. Graziano               Complaint
Well Path
        Defendants

---

That on May 6, 2021, the Plaintiff Ontario Lamar Staley, did slip and fall in his cell Located at 3841 Leeds Ave. (A3L/3105); N. Charleston, S.C. 29405. The day to day operations of the facility are under the control of Director Abigail S. Duffy.

A Leaking pipe in the ceiling caused a puddle to form in plaintiff's cell. Plumbing issues has been a major issue within the jail for several years, and from where said leak came from, this was not the first time that this problem occured.

That the Grossly Negligence of the upkeep of the facility is the Responcibility of Director Duffy, then ultimately Sheriff GRAZIANO

The medical attention that plaintiff Staley received was at very best negligent. The doctor Jane Doe (Name Unknown) failed to make a proper finding to plaintiff's true medical issues. Instead based her finding off of an X-ray.

Plaintiff Staley has exhausted All Administrative remedies offered by the correctional facility with no Relief.

The facts of plaintiff Staley's case generally amounts to:

  A.) On May 6, 2021 the plaintiff slipped and fell in a puddle of water located in his cell causing an injury to his shoulder (Right), back, hip (Right side), Leg (Right)in the groin area)

  B.) The leak was due to a water pipe in the ceiling leaking, which caused the puddle to form within the cell. This violates the 8th Amendment of Cruel and Unusual Punishment.

  C.) Jane Doe's inital exam proved a need for medical attention but was unsure as to the extent of that need. Jane Doe observed that I was in pain, and after I informed her of where the

and ordered X-Rays.

D.) Jane Doe placed me in the observation room to await X-Rays. In this room there were no chairs, no bed. Just a mattress on the floor and a toilet. With the injury I had just sustained, not only was this Cruel and Unusual Punishment? this was an unnecessary and wanton infliction of pain. Estelle v. Gamble, 429 U.S. 97, 104, 97 S. Ct. 285 (1976) Cuoco v. Moritsugu, 222 F. 3d. 99, 106-07 (2d. Cir. 2000) Cottrell v. Chadwell, 85 F. 3d 1480, 1490 (11th Cir. 1996) Hamm v. Dekalb County, 774 F. 2d 1567, 1574 (11th Cir. 1985)

E.) The following morning when Jane Doe read the X-Rays, she said that there were no breaks in my bones and that the pain I was feeling was caused by arthritis in my back and pelvis. Thus brings into questioning Jane Doe's expertise in this field of medican. Chavez v. Cady, 207 F. 3d 901, 905 (7th Cir. 2000)

F.) Upon discharge, Jane Doe insisted that I walk back to my dorm carring all of my belongings even though it was evident that something was wrong with my leg. Once again the unnecessary and wanton infliction of pain.

G.) Jane Doe prescribed Tylanol and Motrim for pain, at the follow up visit with Jane Doe #2, I was informed that I should be sent to rehubilitation but due to my incarceration that wouldn't be possible. Thus denial of access to treatment. Kikumura v. Osugie, 161 F. 3d. 1269 (10th Cir. 2006) Williams v. Liefer, 491 F. 3d 710, 714-15 (7th Cir. 2007) Instead I was given a heating pack twice a day for 3 weeks. I was also ordered to Lower tein & Lower bunk.

H.) Although I had a bottom bunk order from the doctor, I was still placed on the top bunk and of the 42 heating pads prescribed, I was given 17 at most. This was an out right failure to curry out Medical orders by correctional officers and nursing staff. McConkle v. Walker, 871 F. Supp. 555, 558 (N.D. N.Y. 1995) Arnold on behalf of H.B. v. Lewis, 803 F. Supp. 246, 257 (D. Ariz. 1992)

f.) Over the next five months; there were numerous complaints made
to the medical staff by Plaintiff Staley about the same pains; the very
same recommendations were followed. The medical treatment that I
Received was so grossly incompetent; inadequate that it has to be
intolerable to fundamental fairness. Parham v. Johnson; 126 F. 3d
454; 457-58 No. 7 (3d Cir. 1997) Collignon v. Milwaukee County 163
F. 3d 982; 989 (7th Cir. 1998)

g.) Not only did the doctors in this facility deny me access to medical
personel qualified to exercise judgement about a particular medical
problem; Hayes v. Snyder; 546 F. 3d 516; 526 (7th Cir. 2008) LeMarbe
v. Wisneski; 266 F. 3d 429; 440 (6th Cir. 2001) Smith v. Jenkins; 919
F. 2d 90; 93 (8th Cir. 1990); In the denial they purposly failed to inquire
into essential facts that are necessary to make a professional judgement.
Phillips v. Roane County; Tenn.; 534 F. 3d 531; 544 (6th Cir. 2008)
Spruill v. Gillis; 372 F. 3d 218; 237 (3d Cir. 2004) Seals v. Shah;
145 F. Supp. 2d 1378; 1385 (N. and Ga. 2001) Tilleny v. Owens; 719
F. Supp. at 1306; 1308

h.) From the medical treatment given; the pain has gotten worse.
Everyday I must suffer from the pain in my leg and back.

Plaintiff will seek during Motion for Discovery in this Civil Action
pursuant to Rule 33 and 34 of South Carolina Rules of Civil Procedure;
that he retains the right to bring Amended Motions to this lawsuit as well;
which is a given right under the SC Tort Claims Act; 15-78-10 et. seq.

Also pursuant to the SC Tort Claims Act Sheriff Kristin R. Graziano
and Well Path are to be named as the Defendant party for the actions
or inactions of its employees.

Wherefore, with exclusive rights to even Amend this very complaint;
plaintiff seeks the following relief:

    1.) A Jury Trial Demand

    2.) Compensatory Damages in the amount of $375,000;
       Punative Damages in the amount of $375,000 and/or a
       Jury Trial Demand on the issues of Damages

    3.) Injunctive relief on whatever this Honorable Court

deems Just and proper.

October 4, 2021

Respectfull Submitted

Ontario Staley
3841 Leeds Ave.
No Charleston, SC 29405

October 5, 2021

Ontario L. Staley
#1600880
3841 Leeds Ave.
N. Charleston, SC.
29405

RE: Civil Suit

Dear Mrs. Armstrong,

Enclosed is a civil suit that I wish to have filed.

Upon your sending the copy to serve upon the defendant could you please send a second copy for my personal records.

Also I sent you a Motion in a few weeks ago, but I never received word if it was filed or not. Could you check on that as well.?

Thank You

Ontario Staley